COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Erik Santana Guanche v. The State of Texas

Appellate case number:   01-15-00904-CR

Trial court case number: 1869024

Trial court:             County Criminal Court at Law No. 7 of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                     Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Huddle

Date: <u>December 20, 2016</u>